

# 2020 Restructuring Team Organization Charts

CONFIDENTIAL

October 7th, 2020

**Debtor Exhibit 12**
**Page 1 of 4**

©2019 ViZiV Technologies - Proprietary and Confidential

# ViZiV Board of Managers – October 2020 Organizational Chart



**LEGEND:**
(a) = Acting
[1] = Representative of the Founder Ken Corum Trust
(A-4 Unit Managers are not shown)



**Debtor Exhibit 12**
**Page 2 of 4**
©2020 ViZiV Technologies - CONFIDENTIAL INFORMATION protected under NDA

2

# ViZiV Leadership Team – October 2020 Organizational Chart



**Debtor Exhibit 12**
**Page 3 of 4**

©2020 ViZiV Technologies - CONFIDENTIAL INFORMATION protected under NDA

3

# ViZiV Research & Technology Team – October 2020 Organizational Chart





**Debtor Exhibit 12**
**Page 4 of 4**

©2020 ViZiV Technologies - CONFIDENTIAL INFORMATION protected under NDA

4